IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MOUNTAIN COUNTRY FOODS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GREAT WEST-TEEUWISSEN, LLC and GREAT WEST, LLC, <br><br> Defendants. | ORDER TO ALLEGE CITIZENSHIP OF THE PARTIES <br><br><br> Case No. 2:21-cv-00033-JNP-DAO <br><br> District Judge Jill N. Parrish |

The court "must, sua sponte, satisfy itself of its power to adjudicate in every case and at every stage of the proceedings." *State Farm Mut. Auto. Ins. Co. v. Narvaez*, 149 F.3d 1269, 1270–71 (10th Cir. 1998). Upon reviewing the complaint, the court has discovered deficiencies in the factual allegations necessary to establish diversity jurisdiction in this case.

In its complaint, plaintiff Mountain Country Foods, LLC alleges the principal place of business of the limited liability parties. In other words, Mountain Country Foods treats the limited liability companies as if they were corporations for the purpose of determining their citizenship. But limited liability companies are citizens of every state where its members are citizens. *Siloam Springs Hotel, L.L.C. v. Century Surety Co.*, 781 F.3d 1233, 1237–38 (10th Cir. 2015).

Because Mountain Country Foods has not listed the members of the limited liability parties and their citizenship, the court cannot determine whether it has diversity jurisdiction. Accordingly, the court ORDERS Mountain Country Foods to allege the domicile of each member of Mountain Country Foods, LLC, Great West-Teeuwissen, LLC, and Great West, LLC. If Mountain Country

Foods needs to conduct discovery to ascertain the full citizenship of the defendants, it should notify the court. Mountain Country Foods shall have until May 12, 2021 to file a response to this order. If it fails to either allege the full citizenship of all parties or file a status report by this date, the court will dismiss this action.

DATED April 20, 2021.

BY THE COURT

Jill N. Parrish
United States District Court Judge